1  Shawn Ridgell (State Bar No. 201179)
   Nancy N. Lawlor (State Bar No. 221533)
2  RIDGELL & LAWLOR LLP
   2128 Broadway
3  Oakland, CA 94612
   Telephone: (510) 986-1300
4  Facsimile: (510) 986-1301

5  Attorneys for Plaintiffs GAIL SUTTON & DANIELLE SUTTON

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LETITIA ROSE, Deceased, by        )    **ACTION NO.: CV 06-06417 VRW**
    and through her successors in     )
12  interest, GAIL SUTTON &           )    **STIPULATION TO EXTEND**
    DANIELLE SUTTON                   )    **THE DISCOVERY CUTOFF**
13                                    )    **DATE; ORDER**
            Plaintiffs,               )
14                                    )
    v.                                )
15                                    )
    WALTER HOLZ, JR.,                 )
16  VICTORIAN CARE HOMES              )
    OF THE MONTEREY                   )
17  PENINSULA, INC., d.b.a.THE        )
    VICTORIAN CARMEL BY               )
18  THE SEA, MARGARET P.              )
    CONNERS, DOES 1 TO 100,           )
19  inclusive,                        )
                                      )
20          Defendants                )
                                      )
21  _____ )

22        The undersigned stipulate to extend the discovery cutoff in this matter to January

23  15, 2008 to allow new parties/attorneys sufficient time to conduct discovery.

24
    Date:  August 3, 2007            RIDGELL & LAWLOR LLP
25

26
                                    By:_____
27                                       Shawn Ridgell
                                         Attorney for Plaintiffs
28

1    Date:                         HINSHAW, DRAA, MARSH, STILL & HINSHAW

2

3

4                               By:_____

5                                   Tyler Draa
                                  Attorney for Defendant
6                                   WALTER HOLZ JR.

7

8    Date:                         LAW OFFICES OF WILLIAM J. DIFFENDERFER

9

10

11                               By:_____

12                                   William Ginsburg
                                  Attorney for Defendants
13                                   VICTORIAN CARE HOMES
                                  OF THE MONTEREY PENINSULA,
14                                   MARGARET P. CONNERS

15

16        IT IS ORDERED that the discovery cutoff shall be extended to January 15, 2008

17

18    Date:    9/10/2007

19                               _____
                              Hon. Vaughn R. Walker
20                               United States District Court Judge

21

22

23

24

25

26

27

28                               2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Vaughn R Walker

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28