**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAIL SUTTON and DANIELLE SUTTON,    No C 06-6417 VRW

    Plaintiffs,

                                ORDER

    v

WALTER HOLZ, JR and VICTORIAN
CARE HOMES OF THE MONTEREY
PENINSULA, INC,

    Defendants.

_____/

        Plaintiffs' counsel have moved to withdraw from representing plaintiffs Gail Sutton and Danielle Sutton in this matter. Doc ## 125-26. The papers submitted in support of the motion include a proof of service dated October 3, 2007 that includes the plaintiffs, Gail and Danielle Sutton. Doc # 126.

        In their declarations and memorandum, attorneys Shawn Ridgell and Nancy N Lawlor cite California Rule of Professional Conduct 3-700(C) and assert, <u>inter alia</u>, that "because of the Plaintiffs' conduct, it has become unreasonably difficult * * * to represent Plaintiffs" (Doc # 123 at 2) and that plaintiffs "have refused to provide us with further information about their case upon our requests, and have caused a fracture in the

attorney/client relationship such that our firm has no choice but to withdraw." Doc # 124 at 2.  They also offer to present further evidence in support of their motion by means of an <u>in camera</u> proceeding.  Id.  The attorneys assert that plaintiffs will not be prejudiced by their withdrawal.  Ridgell's declaration, signed October 2, 2007, states that he "gave plaintiffs and the other parties in this action over one month's written notice of our intention to withdraw as counsel in this matter."  Doc # 125.

Civil Local Rule 11-5(a) permits withdrawal from representation with leave of court "after written notice has been given reasonably in advance to the client and to all other parties in who have appeared in the case."

The court now rules as follows:

1.  For good cause shown, the motion by plaintiffs' counsel Shawn Ridgell and Nancy N Lawlor is GRANTED.  Given that plaintiffs have received adequate notice of their attorneys' intent to withdraw, this order is effective immediately.  Ridgell and Lawlor will fulfill their responsibilities under California Rule of Professional Conduct 3-700(D) pertaining to papers, property and fees within fourteen (14) days.

2.  All proceedings in this matter, including the hearing scheduled for Thursday, October 11 at 2:00 pm, will go forward as scheduled.  Ridgell and Lawlor need not appear.

3.  Plaintiffs will resume representing themselves as pro se litigants as they have done in this and several other matters before this court.

\\

\\

4. Counsel and the clerk of court will forthwith begin serving papers pertaining to this matter on plaintiffs at their address of record, PO Box 201, Atlantic Beach, NY 11509.

IT IS SO ORDERED.

```
                              VAUGHN R WALKER
                              United States District Chief Judge
```