TYLER G. DRAA, ESQ. - State Bar No. 099619
LAW OFFICES OF
**HINSHAW, DRAA, MARSH, STILL & HINSHAW**
A PARTNERSHIP
12901 SARATOGA AVENUE
SARATOGA, CALIFORNIA 95070
(408) 861-6500
FAX (408) 257-6645

Attorneys for Defendant WALTER HOLZ, JR., M.D. (Sued herein as WALTER HOLZ, JR.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETITIA ROSE, Deceased, by and through her successors in interest GAIL SUTTON and DANIELLE SUTTON,<br><br>Plaintiffs,<br><br>vs.<br><br>WALTER HOLZ, JR.; VICTORIAN CARE HOMES OF THE MONTEREY PENINSULA, INC. d.b.a. THE VICTORIAN CARMEL BY THE SEA, MARGARET CONNERS, DOES 1 TO 100, inclusive,<br><br>Defendants. | No.: C 06 6417 VRW<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: October 13, 2006 |



IT IS SO ORDERED
Judge Vaughn R Walker
1/11/08

IT IS HEREBY STIPULATED by and between defendants WALTER HOLZ, M.D., JR., M.D., VICTORIAN CARE HOMES OF THE MONTEREY PENINSULA, INC., d.b.a. THE VICTORIAN CARMEL BY THE SEA, MARGARET CONNERS, as well as plaintiffs GAIL SUTTON and DANIELLE SUTTON, that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

The plaintiffs further stipulate and agree that in exchange for defendants' waivers, plaintiffs forever discharge defendants and their successors from any and all claims, known and unknown, disclosed and undisclosed, arising out of or in any way connected with the subject matter of the litigation between the parties, Case No. C 06-6417 VRW, in the United States District Court For The Northern District Of California.

1   The defendants specifically stipulate and agree that, in exchange for plaintiffs' acquiescence to a dismissal to this action, defendants waive any right to reimbursement of costs of suit, attorney's fees, or any other affirmative claims (monetary and otherwise) that might otherwise be occasioned by plaintiffs' voluntary agreement to dismiss all causes of action pled, as well as all other causes of action that could have been pled, against defendants with respect to the alleged events giving rise to suit.

It is the parties' intention and agreement that the terms of this resolution of the case shall remain confidential. It is further agreed and stipulated that defendants, on the one hand, and plaintiffs, on the other, shall refrain from contacting one another (via telephonic communications, emails, written correspondence, or other modalities of communication). It is further agreed and understood that the parties to this Stipulation shall refrain from communicating the terms of the resolution of this matter except as required by law, statute, regulations, subpoenas, hospital Bylaws, third-party payor plan protocols, or to otherwise advance and enforce the terms of this Stipulation.

Dated: December 8, 2007     HINSHAW, DRAA, MARSH, STILL & HINSHAW

By: _____
TYLER G. DRAA
Attorneys for Defendant WALTER HOLZ, JR., M.D.

Dated: December ____, 2007     LAW OFFICES OF WILLIAM J. DIFFENDERFER

By: _____
WILLIAM S. GINSBURG
Attorney for Co-Defendants THE VICTORIAN CARE HOMES and MARGARET CONNERS

Dated: December 30, 2007
_____
GAIL SUTTON, Plaintiff

Dated: December 30, 2007
_____
DANIELLE SUTTON, Plaintiff

H:\Sutton\plead\StipDismissal12.27.07.wpd

-2-

STIPULATION OF DISMISSAL

1  The defendants specifically stipulate and agree that, in exchange for plaintiffs'
2  acquiescence to a dismissal to this action, defendants waive any right to reimbursement of costs of
3  suit, attorney's fees, or any other affirmative claims (monetary and otherwise) that might otherwise
4  be occasioned by plaintiffs' voluntary agreement to dismiss all causes of action pled, as well as all
5  other causes of action that could have been pled, against defendants with respect to the alleged
6  events giving rise to suit.
7  It is the parties' intention and agreement that the terms of this resolution of the case shall
8  remain confidential. It is further agreed and stipulated that defendants, on the one hand, and
9  plaintiffs, on the other, shall refrain from contacting one another (via telephonic communications,
10 emails, written correspondence, or other modalities of communication). It is further agreed and
11 understood that the parties to this Stipulation shall refrain from communicating the terms of the
12 resolution of this matter except as required by law, statute, regulations, subpoenas, hospital Bylaws,
13 third-party payor plan protocols, or to otherwise advance and enforce the terms of this Stipulation.

Dated: January ____, 2008         HINSHAW, DRAA, MARSH, STILL & HINSHAW


By: _____
TYLER G. DRAA
Attorneys for Defendant WALTER HOLZ, JR., M.D.

Dated: December _Jan 8, 2008_, 2007    LAW OFFICES OF WILLIAM J. DIFFENDERFER


By: _____
WILLIAM S. GINSBURG
Attorney for Co-Defendants THE VICTORIAN CARE
HOMES and MARGARET CONNERS


Dated: December ____, 2007         _____
GAIL SUTTON, Plaintiff


Dated: December ____, 2007         _____
DANIELLE SUTTON, Plaintiff

H:\Sutton\plead\StipDismissal12.27.07.wpd

STIPULATION OF DISMISSAL                -2-

Law Offices of
HINSHAW, DRAA, MARSH,
STILL & HINSHAW
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

Monterey Office
243 El Dorado Street
Suite 201
Monterey, CA 93940
(831) 643-2497
FAX: (831) 643-2645